**Delbert C. STEELE, Plaintiff–Appellant,**

v.

**ANGLO GOLD ASHANTI/CRIPPLE CREEK & VICTOR GOLD MINE, Defendant–Appellee.**

No. 16–1091

United States Court of Appeals, Tenth Circuit.

June 22, 2016

Delbert C. Steele, Pro Se, Divide, CO, for Plaintiff–Appellant.

Janet Savage, Davis Graham & Stubbs, Denver, CO, for Defendant–Appellee.

Before LUCERO, MATHESON, and BACHARACH, Circuit Judges.

**300**

## ORDER AND JUDGMENT *

Robert E. Bacharach, Circuit Judge

The district court dismissed the action without prejudice based on a lack of subject-matter jurisdiction. Mr. Steele agrees with the district court's ruling. Thus, we dismiss the appeal and grant Mr. Steele's application for leave to proceed in forma pauperis.

---

* We do not believe oral argument would be helpful. As a result, we are deciding the appeal based on the briefs. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).

This order and judgment does not constitute binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. But the order and judgment may be cited for its persuasive value under Fed. R. App. P. 32.1(a) and 10th Cir. R. 32.1(A).